THOMAS GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
JUL 22 2021
Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. SHAY AUSTIN DONTMIX, Defendant. | CR 21-49-BLG-SPW <br><br> INDICTMENT <br><br> POSSESSION OF STOLEN FIREARMS <br> Title 18 U.S.C. § 922(j) <br> (Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) |
|---|---|

THE GRAND JURY CHARGES:

That on or about February 21, 2020, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, SHAY AUSTIN DONTMIX, knowingly possessed, in and affecting interstate commerce, firearms,

1

knowing or having reasonable cause to believe the firearms were stolen, in violation of 18 U.S.C. § 922(j).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

_____
FOREPERSON

_____
LEIF M. JOHNSON
Acting United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: ✓ _____
Bail: _____

2