**THOMAS K. GODFREY**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
3601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAY AUSTIN DONTMIX, <br><br> Defendant. | CR 21-49-BLG-SPW <br><br><br> **PETITION FOR WRIT OF HABEAS CORPUS** (For Prosecution) |

The United States of America, represented by Assistant United States Attorney Thomas K. Godfrey petitions the Court to issue a Writ of Habeas Corpus directing the Sheriff of Yellowstone County and Timothy Hornung, Interim United States Marshal for the District of Montana, to bring Shay Austin Dontmix before the Court at the following time and place:

1

9:00 a.m. on August 3, 2021
United States District Court
Billings, Montana

The presence of Shay Austin Dontmix is needed for him to appear to the indictment charging him with the sole count of prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(j).

Shay Austin Dontmix is currently housed at the Yellowstone County Detention Facility in Billings, MT and therefore cannot appear before this Court unless this Writ is issued.

DATED this 23rd day of July, 2021.

                                              LEIF M. JOHNSON
                                              Acting United States Attorney

                                              */s/ Thomas K. Godfrey*
                                              THOMAS K. GODFREY
                                              Assistant U.S. Attorney