EVANGELO ARVANETES
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
2702 Montana Avenue, Suite 101
Billings, Montana 59101
vann_arvanetes@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
     Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | Case No. CR-21-49-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND APPOINTMENT OF CJA PANEL ATTORNEY** |
| SHAY AUSTIN DONTMIX, | |
| Defendant. | |

**COMES NOW** Defendant SHAY AUSTIN DONTMIX, by and through his attorney, EVANGELO ARVANETES, Assistant Federal Defender, and the FEDERAL DEFENDERS OF MONTANA and moves the Court for an order allowing him to withdraw from the above-referenced case due to a conflict of interest and for the appointment of new CJA counsel.

Undersigned counsel respectfully requests that he be allowed to withdraw and Daniel Ball, CJA Panel Attorney, be appointed to represent the defendant for all further hearings.

**RESPECTFULLY SUBMITTED** this 12th day of August, 2021.

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
Counsel for Defendant

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on August 12, 2021, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 3 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| ____ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS K. GODFREY
   Assistant United States Attorney
   United States Attorney's Office
   2601 2nd Avenue North
   Billings, MT 59101
     Counsel for the United States

3. SHAY AUSTIN DONTMIX
     Defendant

/s/ Evangelo Arvanetes
EVANGELO ARVANETES
Federal Defenders of Montana
  Counsel for Defendant