Larry Jent
Jent Law Firm, PLLC
251 Edelweiss, Suite 2A
Bozeman, MT 59718
(406) 580-0502
jent.larry@gmail.com

Attorney for Defendant Shay Austin Dontmix

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES of AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHAY AUSTIN DONTMIX, <br><br> Defendant. | Cause No: CR 21-49-BLG-SPW <br><br><br> **UNOPPOSED MOTION TO CONTINUE TRIAL** |

COMES NOW the Defendant, through his undersigned attorney and MOVES this Court for an Order continuing the trial currently set for October 4, 2021 and all corresponding deadlines for a period of 60 days.

The grounds for this request are that the undersigned was appointed on September 21, 2021 [Doc 19]. Additional time is needed to obtain and review

discovery and meet with Defendant, who is currently incarcerated in the Cascade County Detention Center.

AUSA Thomas Godfrey has been contacted and has no objections to this motion.

The ends of justice in allowing more time for attorney-client in person consultation and discovery analysis outweighs the interest of the public and the Defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(A).

DATED this 24th day of September, 2021.

_____<br>
/s/ Larry Jent, Esq.<br>
Attorney for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2021, a copy of the foregoing document was filed and served on the following persons by the means indicated below:

| __1-2__ | CM/EFC | _____ | Hand Delivery |
| _____ | Fax | _____ | U.S. Mail |
| _____ | E-mail | _____ | Overnight Delivery |

1. Clerk, U.S. District Court
2. AUSA

Thomas K. Godfrey
Assistant United States Attorney
2601 2nd Ave. North, Ste. 3200
Billings, MT, 59101
406-657-6101
thomas.godfrey@usdoj.gov

_____
*/s/* Larry Jent, Esq.